| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Charles Louis Christiansen<br>14612 Ralph Ln<br>Westminster, CA 92683<br>714-606-2136 | **FILED**<br>JUL 19 2023<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |
| ☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>Charles Louis Christiansen<br><br><br><br>Debtor(s). | CASE NO.: 8:23-bk-11378-MH<br>CHAPTER 13<br><br>**DEBTOR'S MOTION FOR VOLUNTARY DISMISSAL OF CHAPTER 13 CASE**<br><br>[No Hearing Required] |
|---|---|

Debtor moves this court for an order dismissing the above-entitled bankruptcy case pursuant to 11 U.S.C. § 1307(b) and LBR 3015-1(q)(1):

1. ☒ (a) The above-entitled case was commenced by the filing of a voluntary petition under chapter 13 and has not been converted under 11 U.S.C. §§ 706, 1112, or 1208;

   **OR**

   ☐ (b) The above-entitled case was commenced by the filing of a voluntary petition under chapter ____ and was converted to a case under chapter 13 on _____.

2. ☒ (a) There is no motion for relief from, annulment of, or conditioning of the automatic stay pending in this case and no such motions have been filed in this case.

   **OR**

   ☐ (b) The following motion for relief from, annulment of, or conditioning of the automatic stay is currently pending in this case OR was filed and resolved OR has been withdrawn or denied:

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                          Page 1                    **F 3015-1.18.DEBTOR.MOTION.DISMISS**

Filing Date: _____
Movant: _____
Personal or Real Property: _____
_____
_____

Status:   ☐ Pending    ☐ Resolved    ☐ Withdrawn/Denied
*(Please attach additional pages if needed.)*

3. ☒ (a) Debtor has made no arrangements or agreements with any creditor or other person in connection with this request for dismissal.

   **OR**

   ☐ (b) Debtor has made the following arrangements or agreements with the creditor(s) or other person(s) identified below in connection with this request for dismissal:
   _____
   _____
   _____

   *(Please attach additional pages if needed.)*

4. Debtor seeks dismissal of this case for the following reasons:
   I have made other arrangements to resolve this outside of bankruptcy.
   _____
   _____
   _____
   _____

   *(Please attach additional pages if needed.)*

Date: _____

_____
Attorney for Debtor

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 07/18/2023

*[signature]*
Debtor

Date: _____

_____
Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                Page 2            **F 3015-1.18.DEBTOR.MOTION.DISMISS**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

14612 Ralph Ln Westminster, CA 92683

A true and correct copy of the foregoing document entitled: **DEBTOR'S MOTION FOR VOLUNTARY DISMISSAL OF CHAPTER 13 CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (date) 07/18/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/18/2023 | Michelle Christiansen | *Michelle Christiansen* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 3    F 3015-1.18.DEBTOR.MOTION.DISMISS

```
bel Matrix for local noticing           Deutsche Bank Trust Company Americas    Santa Ana Division
73-8                                    ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLP 411 West Fourth Street, Suite 2030,
se 8:23-bk-11378-MH                     350 10th Avenue, Suite 1000              Santa Ana, CA 92701-4500
ntral District of California            San Diego, CA 92101-8705
nta Ana
e Jul 18 14:15:24 PDT 2023

S-biglot                                Capital One                              Discover
x 182120                                PO Box 30281                             Po Box 29033
lumbus, OH 43218-2120                   Salt Lake City, UT 84130-0281            Phoenix, AZ 85038-9033


wrez c/o Phh Mortgage Services          (c)SPECIALIZED LOAN SERVICING            United States Trustee (SA)
x 5452                                  PO BOX 266005                            411 W Fourth St., Suite 7160
unt Laurel, NJ 08054-5452               LITTLETON CO  80163-6005                 Santa Ana, CA 92701-4500


rane (SA) Cohen (TR)                    Charles Louis Christiansen
0 The City Drive South Suite 3700       14612 Ralph Ln
ange, CA 92868-4928                     Westminster, CA 92683-4918
```

                  Addresses marked (c) above for the following entity/entities were corrected
                       as required by the USPS Locatable Address Conversion System (LACS).

```
ecialized Loan Servicing                End of Label Matrix
 Box 266005                             Mailable recipients    10
ttleton, CO 80163                       Bypassed recipients     0
                                        Total                  10
```