FORM CACB van154–od13vdr
Rev. 06/2017

# United States Bankruptcy Court
## Central District of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593

## ORDER AND NOTICE OF DISMISSAL
## ARISING FROM DEBTOR'S REQUEST FOR VOLUNTARY DISMISSAL OF
## CHAPTER 13 [11 U.S.C. § 1307(b)]

**DEBTOR INFORMATION:**
Charles Louis Christiansen

**BANKRUPTCY NO.** 8:23–bk–11378–MH

**CHAPTER** 13

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):  xxx–xx–1571
Employer Tax–Identification (EIN) No(s).(if any):  N/A
**Debtor Dismissal Date:** 7/19/23

**Address:**
14612 Ralph Ln
Westminster, CA 92683

Based on debtor's request, IT IS ORDERED THAT:

(1) debtor's bankruptcy case is dismissed; and
(2) the court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: July 19, 2023

BY THE COURT,

**Mark D. Houle**
United States Bankruptcy Judge

Form van154–od13vd Rev. 06/2017

**10 / JC6**